FILED
2021 May-13 PM 04:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **AUTUMN GREEN** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) **CIVIL ACTION NO.** |
| **PERSOLVE LEGAL GROUP, LLP;** | ) |
| **PERSOLVE, LLC; PERSOLVE** | ) |
| **RECOVERIES, LLC** | ) |
| **Defendants.** | ) |

## NOTICE OF REMOVAL

Defendant Persolve, LLC ("Persolve"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of the above-styled case from the Circuit Court of Talladega County, Alabama, where it is now pending as Case Number 61-CV-2021-900099, to the United States District Court for the Northern District of Alabama, Eastern Division. As grounds for removal, Persolve states as follows:

## ALLEGATIONS OF THE COMPLAINT

1. On or about March 30, 2021, Plaintiff Autumn Green ("Plaintiff") filed a Complaint in the Circuit Court of Talladega County, Alabama, in the civil action styled *Autumn Green v. Persolve Legal Group, LLP, et al.*, Civil Action No. 61-CV-2021-900099.

2. Plaintiff's Complaint asserts seven counts under the Fair Debt Collection Practices Act ("FDCPA"), as well as state law claims arising out of Persolve, Persolve Legal Group, LLP ("Persolve Legal"), and Persolve Recoveries, LLC ("Persolve Recoveries") (collectively, the "Persolve Defendants") alleged attempt to collect a debt owed by Plaintiff. *See generally* Complaint ("Compl."). Plaintiff seeks statutory damages, mental anguish damages, compensatory damages, punitive damages, and attorney's fees. *Id.*

## REMOVAL PROCEDURES

3. In accordance with 28 U.S.C. § 1446(a), a copy of all "process, pleadings and orders" received by Persolve is attached hereto as Exhibit **A.**

4. Persolve was served with the Summons and Complaint on April 13, 2021. This Notice of Removal, therefore, has been timely filed pursuant to 28 U.S.C. § 1446(b).

5. Jurisdiction of this action is based upon 28 U.S.C. §§ 1331, 1441, and 1446, as amended. This action is removable pursuant to 28 U.S.C. § 1441, which authorizes removal of any civil action brought in a state court in which the United States District Court has original jurisdiction. This Court has original jurisdiction based upon federal question jurisdiction under 28 U.S.C. § 1331.

6. Pursuant to 28 U.S.C. § 1441(a), this case is properly removable to this Court, which is the United States District Court for the district and division

embracing Talladega County, Alabama, where the state court action is pending. *See* 28 U.S.C. § 81(a)(4).

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff on this date, and a copy of this Notice of Removal is being filed with the Clerk of Court for the Circuit Court of Talladega County, Alabama.

## FEDERAL QUESTION JURISDICTION

8. This civil action presents a federal question on its face by asserting claims against the Persolve Defendants pursuant to the FDCPA, which is a federal consumer protection statute. *See generally* Compl.; *see also* 15 U.S.C. §§ 1692 *et seq.*; *Boone v. JP Morgan Chase Bank*, 447 F. App'x 961, 963 (11th Cir. 2011) ("Here, removal to federal court was proper because the district court had subject-matter jurisdiction based on the alleged violations of federal statutes including TILA, RESPA, and FDCPA").

9. Accordingly, Plaintiff's federal claims all arise under the laws of the United States and could have been originally filed in this Court.

10. Moreover, this Court has supplemental jurisdiction over all other claims asserted by Plaintiff in accordance with 28 U.S.C. §§ 1367 and 1441.

## THE OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED

11. Because this Notice of Removal was filed within thirty days of service of the Complaint upon Persolve, it is timely under 28 U.S.C. § 1446(b).

12. Persolve has sought no similar relief with respect to this matter.

13. Persolve Legal and Persolve Recoveries both consent to removal of this matter to this Court.

14. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

15. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

16. A Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, will promptly be filed with the Circuit Clerk for the Circuit Court of Talladega County, Alabama.

17. The allegations of this Notice are true and correct and this cause is within the jurisdiction of the United States District Court for the Northern District of Alabama, Eastern Division, and this cause is removable to the United States District Court for the Northern District of Alabama, Eastern Division.

18. If any question arises as to the propriety of the removal of this action, Persolve respectfully requests the opportunity to submit a brief and present oral argument in support of its position that this case was properly removed. *Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

## **CONCLUSION**

For the reasons set forth above, Persolve respectfully requests that this action be, and is hereby, removed to this Court, that this Court assume jurisdiction of this action, and that this Court enter such other and further orders as may be necessary to accomplish the requested removal.

Dated: May 13, 2021

Respectfully submitted by,

*/s/ Joshua R. Hess*
John David Collins
Joshua R. Hess
*Attorneys for Defendants Persolve Legal, LLP, Persolve, LLC, and Persolve Recoveries, LLC*

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Ave. North, Suite 1700
Birmingham, AL 35203
Telephone: 205.254.1000
Fax: 205.254.1999

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 13, 2021, a copy of the foregoing has been served on the following counsel for by using the CM/ECF system and/or U.S. Mail, postage prepaid and properly addressed:

John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
*Attorneys for Plaintiff Autumn Green*

                                        */s/ Joshua R. Hess*
                                        **OF COUNSEL**