# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **AUTUMN GREEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:21-cv-00674-ACA |
| **PERSOLVE LEGAL GROUP,** | ) |
| **LLP; PERSOLVE, LLC;** | ) UNOPPOSED |
| **PERSOLVE RECOVERIES, LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DEFENDANTS PERSOLVE LEGAL GROUP, LLP, PERSOLVE LLC AND PERSOLVE RECOVERIES, LLC PURSUANT TO FRCP 41(a)(2)

COMES NOW, the Plaintiff, by and through counsel and respectfully moves this Honorable Court pursuant to FRCP 41(a)(2) to Dismiss With Prejudice all claims that Plaintiff brought against Defendants, Persolve Legal Group, LLP, Persolve LLLC And Persolve Recoveries, LLC ("Persolve Defendants"), as the parties have resolved all claims between them.

This motion is unopposed.

Respectfully submitted,

*/s/ M. Stan Herring*
**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
Watts & Herring, LLC
301 19th Street North

Birmingham, Alabama 35203
(205) 879-2447
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 20, 2023**, the foregoing was electronically filed with the Clerk of this Court using the Court's electronic system, which will send notification of such filing to the following and/or that the above was served upon the following via electronic mail and/or U.S. mail, postage prepaid:

Neal D. Moore (ASB-3971-M73N)
CHRISTIAN & SMALL LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203

*Attorney for Defendants*

                                          ***/s/ M. Stan Herring, Jr.***
                                          OF COUNSEL