# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **AUTUMN GREEN,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 1:21-cv-00674-ACA |
| **PERSOLVE LEGAL GROUP, et al.,** | } |
| **Defendants.** | } |

## ORDER

Pursuant to Plaintiff Autumn Green's unopposed motion to dismiss Defendants Persolve Legal Group, LLC, Persolve LLC, and Persolve Recoveries, LLC (doc. 38), the court **DISMISSES** this action **WITH PREJUDICE**.

**DONE** and **ORDERED** this March 22, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE